The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BALJINDER BHATTI,<br><br>Defendant. | No. CR03-0301 JLR<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court upon defendant's unopposed motion to continue the trial date. Having considered the entirety of the records and file herein, and based on the facts set forth in the motion, the Court FINDS as follows:

1. That failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv);

2. That the case is complex due to the nature of the prosecution such that it is unreasonable to expect adequate preparation within the time limits specified within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii);

3. That failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible and result in a miscarriage of justice; and

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL DATE (*Baljinder Bhatti*; No.
CR03-0301 JLR) - 1

BLACK LAW, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

4. That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

The Court therefore ORDERS that the motions deadline and trial date in this matter be continued. The motions deadline is reset to __February 20, 2020__. The trial date is reset to __March 30, 2020__. The period of time from the filing of the motion to continue to the new trial date is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

DONE THIS __18th__ day of __October__, 2019.

_____
The Honorable James L. Robart
United States District Court Judge

Respectfully submitted,

BLACK LAW, PLLC


s/ Christopher Black
Christopher Black
Attorney for Baljinder Bhatti

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL DATE (*Baljinder Bhatti*; No.
CR03-0301 JLR) - 2

BLACK LAW, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401