|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>            v.<br><br>BALJINDER SINGH BHATTI,<br><br>                            Defendant. | CASE NO. CR03-0301JLR<br><br>ORDER DIRECTING THE PARTIES TO FILE ADDITIONAL BRIEFING |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Before the court is Defendant Baljinder Singh Bhatti's motion to schedule a sentencing hearing to be conducted via telephonic or video conference. (*See* Mot. (Dkt. # 127).) In his motion, Mr. Bhatti indicates that he intends to request a treaty transfer to Canada "as soon as he is able to do so, so that he can serve the balance of his sentence in Canada and be closer to his family." (*Id.* at 2.) Mr. Bhatti seeks to schedule his sentencing hearing because he "cannot apply for a treaty transfer until he is sentenced and a final judgment is entered." (*Id.*; *see also id.* Ex. 1 at 2.) Plaintiff United States of America ("the Government") opposes Mr. Bhatti's motion, arguing that a defendant is

ORDER - 1

generally required to be physically present at a sentencing and a brief delay in applying for a treaty transfer is not a "serious harm to the interests of justice." (*See* Resp. (Dkt. # 128) at 5-8.)

The court seeks additional guidance on the following issues: May the court either (1) condition the granting of Mr. Bhatti's present motion on the timing of his treaty transfer application; or (2) impose limits on the timing of his treaty transfer application as one of the conditions of his sentence. The parties shall file their supplemental briefs in this matter within 14 days of the filing date of this order and limit their briefs to no more than 10 pages.

Dated this 22nd day of April, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2