UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BALJINDER SINGH BHATTI,<br><br>  Defendant. | CASE NO. CR03-0301JLR<br><br>ORDER STRIKING MOTION |

Before the court is Defendant Baljinder Singh Bhatti's motion to schedule a sentencing hearing to be conducted by either video or telephonic conference. (*See* Mot. (Dkt. # 127).) Plaintiff United States of America ("the Government") opposes Mr. Bhatti's motion. (*See* Resp. (Dkt. # 128).) On May 6, 2020, Mr. Bhatti filed an additional memorandum in response to the court's request for additional briefing. (*See* Def. Supp. (Dkt. # 134); *see also* 4/22/20 Order (Dkt. # 130).) In his May 6, 2020, memorandum, Mr. Bhatti "withdr[ew] his request to move forward with a telephonic or video sentencing hearing." (Def. Supp. at 2.) Accordingly, the court STRIKES Mr.

ORDER - 1

Bhatti's motion (Dkt. # 127) and DIRECTS the Clerk to remove the motion from the court's calendar.

Dated this 8th day of May, 2020.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2